Z:\LOK_data\949\305\MFDefaultJudgment-03.docx\BCB\DAN\ai

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| OWNERS INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| | ) Case No.: 3:18-cv-00104-NJR-RJD |
| v. | ) ) |
| DRAKE HOMES CORPORATION and SARAH BUSH LINCOLN HEALTH CENTER, | ) **PLAINTIFF DEMANDS TRIAL BY JURY** ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

COMES NOW Plaintiff, OWNERS INSURANCE COMPANY, by and through its attorneys, BETH C. BOGGS and BOGGS, AVELLINO, LACH & BOGGS, L.L.C., pursuant to Fed. R. Civ. P. 55(b), states as follows:

1. That on April 17, 2018, the Clerk of this Court entered default as to Drake Homes Corporation.

2. Plaintiff's asks that this Court enter an order as follows:

That the Plaintiff, OWNERS INSURANCE COMPANY, is entitled to a judgment and order declaring that it has no obligation under the General Commercial Liability Policy Number 124604-07547334-12 to indemnify and/or defend Defendant, DRAKE HOMES CORPORATION, or any claims made by Defendant, SARAH BUSH LINCOLN HEALTH CENTER, that arise out of the commercial construction project between Defendant DRAKE HOMES CORPORATION and Defendant SARAH BUSH LINCOLN HEALTH CENTER and for costs of suit.

WHEREFORE, Plaintiff seeks a judgment in default as to Drake Homes Corporation.

Respectfully submitted,

OWNERS INSURANCE COMPANY

By: /s/ Beth C. Boggs
Beth C. Boggs, #06208313-IL
BOGGS, AVELLINO, LACH & BOGGS, L.L.C.
9326 Olive Blvd., Suite 200
St. Louis, MO 63132
(314) 726-2310 Telephone
(314) 726-2360 Facsimile
bboggs@balblawyers.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF filing system for the United States District Court for the Southern District of Illinois, East St. Louis Division this 24th day of April 2018, with an electronic copy to be served by operation of the Court's electronic filing system upon the following:

Mr. Mark D. Bauman, #06187904
Hinshaw & Culbertson LLP
521 West Main Street, Suite 300
Belleville, IL 62220
(618) 277-2400 Telephone
(618) 277-1144 Facsimile
MBauman@hinshawlaw.com
**Attorneys for Defendant Sarah Bush Lincoln Health Center**

Annmarie Uhrig