UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| OWNERS INSURANCE COMPANY, | )<br>) |
| Plaintiff, | )<br>) |
| | ) Case No.: 3:18-cv-00104-NJR-RJD |
| v. | )<br>) |
| DRAKE HOMES CORPORATION and<br>SARAH BUSH LINCOLN HEALTH<br>CENTER, | ) PLAINTIFF DEMANDS TRIAL BY JURY<br>)<br>) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S AMENDED MOTION FOR DEFAULT JUDGMENT

COMES NOW Plaintiff, OWNERS INSURANCE COMPANY, by and through its attorneys, BETH C. BOGGS and BOGGS, AVELLINO, LACH & BOGGS, L.L.C., pursuant to Fed. R. Civ. P. 55(b) and Local Rule 55.1, states as follows:

1.  That on April 17, 2018, the Clerk of this Court entered default as to Drake Homes Corporation.

2.  A copy of this Motion has been mailed to the last known address of Drake Homes Corporation and to their attorney, William Tapella.

3.  Plaintiffs ask that this Court enter an Order as follows:

That the Plaintiff, OWNERS INSURANCE COMPANY, is entitled to a judgment and order declaring that it has no obligation under the General Commercial Liability Policy Number 124604-07547334-12 to indemnify and/or defend Defendant, DRAKE HOMES CORPORATION, as to any claims made by Defendant, SARAH BUSH LINCOLN HEALTH

CENTER, that arise out of the commercial construction project between Defendant DRAKE HOMES CORPORATION and Defendant SARAH BUSH LINCOLN HEALTH CENTER.

WHEREFORE, Plaintiff seeks a judgment in default as to Drake Homes Corporation and asks that this Court enter an Order that the Plaintiff, OWNERS INSURANCE COMPANY, is entitled to a judgment and order declaring that it has no obligation under the General Commercial Liability Policy Number 124604-07547334-12 to indemnify and/or defend Defendant DRAKE HOMES CORPORATION and for costs of suit.

**PLAINTIFF DEMANDS TRIAL BY JURY**

Respectfully submitted,

**OWNERS INSURANCE COMPANY**

By:     /s/ Beth C. Boggs
Beth C. Boggs, #06208313-IL
BOGGS, AVELLINO, LACH & BOGGS, L.L.C.
9326 Olive Blvd., Suite 200
St. Louis, MO 63132
(314) 726-2310 Telephone
(314) 726-2360 Facsimile
bboggs@balblawyers.com
**Attorneys for Plaintiff**

Z:\LOK_data\949\305\MFAmendedDefaultJudgment.docx\BCB\cc

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF filing system for the United States District Court for the Southern District of Illinois, East St. Louis Division this 28th day of June 2018 with an electronic copy to be served by operation of the Court's electronic filing system upon the following:

Mr. Mark D. Bauman, #06187904
Hinshaw & Culbertson LLP
521 West Main Street, Suite 300
Belleville, IL 62220
(618) 277-2400 Telephone
(618) 277-1144 Facsimile
MBauman@hinshawlaw.com
**Attorneys for Defendant Sarah Bush Lincoln Health Center**

The undersigned hereby certifies that a true and correct copy of the foregoing document was mailed to the last known address of Drake Homes Corporation and their attorney and further certifies to this Court that the Plaintiff has given notice by regular mail to Drake Homes Corporation and its attorney of the Clerk's Entry of Default entered April 17, 2018

Mr. William Tapella
Tapella and Eberspacher LLC
6009 Park Drive
Charleston, IL 61920
**Attorney for Defendant Drake Homes Corporation**

/s/ Cathy Curtis