IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OWNERS INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-CV-104-NJR-RJD |
| ) | |
| DRAKE HOMES CORPORATION and ) | |
| SARAH BUSH LINCOLN HEALTH ) | |
| CENTER, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on July 12, 2018, judgment is entered in favor of Owners Insurance Company. Owners Insurance Company has no duty to defend or indemnify Drake Homes Corporation as to any claims made by Sarah Bush Lincoln Health Center that arise out of the commercial construction project between Drake Homes Corporation and Sarah Bush Lincoln Health Center. Owners Insurance shall recover costs from Drake Homes Corporation.

DATED: July 12, 2018

JUSTINE FLANAGAN, Acting Clerk

By: s/ Deana Brinkley
Deputy Clerk

APPROVED: _____
**NANCY J. ROSENSTENGEL**
**United States District Judge**